# EXHIBIT "A"

| **No. 1** | International Lighting LLC f/k/a International Lighting Corporation |
|---|---|
| **Registration No.:** TX 8-404-993 | **Registration Date:** February 27, 2017 |

**Title of Work:** "_G4_T3_C6_CLR_HAL"

**Original**



**Link to Alleged Infringement:**

1. https://lightingandsupplies.com/plusrite-jc10-cl-g4-t3-g4-10w-light-bulb/
2. https://lightingandsupplies.com/plusrite-jc100-cl-g6-35-t3-g6-35-100w-light-bulb/
3. https://lightingandsupplies.com/plusrite-jc75-cl-g6-35-t3-g6-35-75w-light-bulb/

**Screenshot**



LIGHTING AND SUPPLIES.COM

Shop Over 750,000 SKUs SEARCH 888-3-2-LIGHT 888-325-4448 LOG-IN / SIGN-UP CART

Brands Indoor Lighting Outdoor Lighting Light Bulbs Electrical Supplies Christmas & Event Lighting Email Us Request a Quote

Home / Light Bulbs / Incandescent & Halogen / Halogen Bulbs / JC100/CL/G6.35 - T3, G6.35, 100W, Light Bulb - Plusrite



## JC100/CL/G6.35 - T3, G6.35, 100W, Light Bulb - Plusrite

Plusrite

$0.38

(No reviews yet) Write a Review

SKU: JC100/CL/G6.35
UPC: 8.44366E+11
Weight: 0.00 LBS
Minimum Purchase: 1000 units
Shipping: Calculated at Checkout
Wattage: 100W
Bulb Shape: T3
Base Type: G6.35

Quantity:
1000

Add to Cart Add to Wish List

LIGHTING AND SUPPLIES.COM

Shop Over 750,000 SKUs SEARCH 888-3-2-LIGHT 888-325-4448 LOG-IN / SIGN-UP CART

Brands Indoor Lighting Outdoor Lighting Light Bulbs Electrical Supplies Christmas & Event Lighting Email Us Request a Quote

Home / Light Bulbs / Incandescent & Halogen / Halogen Bulbs / JC75/CL/G6.35 - T3, G6.35, 75W, Light Bulb - Plusrite



## JC75/CL/G6.35 - T3, G6.35, 75W, Light Bulb - Plusrite

Plusrite

$0.38

(No reviews yet) Write a Review

SKU: JC75/CL/G6.35
UPC: 8.44366E+11
Weight: 0.00 LBS
Minimum Purchase: 1000 units
Shipping: Calculated at Checkout
Wattage: 75W
Bulb Shape: T3
Base Type: G6.35

Quantity:
1000

Add to Cart Add to Wish List