# EXHIBIT "B"

**Registration Number**
**TX 8-404-993**
**Effective Date of Registration:**
February 27, 2017

## Title

**Title of Work:** Interlight Website

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 27, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** International Lighting Corporation
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** International Lighting Corporation
7939 New Jersey Ave, Hammond, IN

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), computer program, artwork
**Previous registration and year:** TX0007711896, 2013

**New material included in claim:** text, photograph(s), artwork

## Certification

**Name:** Jeffrey M Drake
**Date:** February 27, 2017

---

**Correspondence:** Yes